

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>212-267-7342 |
|---|---|---|

Defendant: **Focal Point South Consulting Inc.**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112664 | $42,160.00 | 2/24/2023 | BBB0023123022 | 12/30/2022 | $42,160.00 |
| **Totals:** | | 1 transfer(s), | $42,160.00 | | | | |